United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BIOMEA FUSION, INC. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-865 |
| | § | |
| SELLECK CHEMICALS LLC | § | |

## ORDER OF DISMISSAL

In accordance with the Notice Dismissal filed on June 14, 2023 (Doc. No. 19), this case is

**DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this _____ 20th _____ day of June 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE